UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-105-F

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | ORDER GRANTING |
| VS. | ) | MOTION TO SEAL |
| | ) | |
| David Crummy | ) | |

This cause coming to be heard by the undersigned on motion of the defendant, requesting that his motion to continue be sealed, the defendant's motion is hereby GRANTED.

This the 27th day of August, 2012.

_____
The Honorable James C. Fox
United States District Court