UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-105-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAVID CRUMMY, | ) | |
| Defendant. | ) | |

In the interests of justice and without objection by the Government, David Crummy's sealed Motion [DE-172] is ALLOWED. The Clerk of Court is DIRECTED to reschedule and notice the sentencing hearing in this case during the court's **December 3, 2012**, term of court. The Clerk further is DIRECTED to maintain [DE-172] under seal.

SO ORDERED.

This, the 27th day of August, 2012.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge