UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-105--F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Order On Motion To Seal |
| | ) | |
| DAVID CRUMMY | ) | |
| | ) | |

This cause coming to be heard before the undersigned, after considering the defendant's Motion to Seal, hereby grants the defendant's Motion to Seal.

SO ORDERED.

This the 21st day of January, 2013.

*/s/ James C. Fox*
HONORABLE JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE