UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-105-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID CRUMMY, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Seal Proposed Sealed Document [DE-202]. Defendant proposes to seal the document at Docket Entry 201 [DE-201]. For good cause shown, the Motion to Seal [DE-202] is ALLOWED and the Clerk of Court is DIRECTED to maintain Docket Entry 201 [DE-201] under seal.

SO ORDERED.

This the 29th day of January 2013.

JAMES C. FOX
Senior United States District Judge