IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-00105-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DAVID CRUMMY, | ) |
| Defendant. | ) |

The undersigned has received and reviewed Defendant's most recent non-public correspondence [DE-231]. However, this case is on appeal, and this court is without jurisdiction to consider Defendant's request for relief, if any.

SO ORDERED.

This, the 5th day of March, 2013.

JAMES C. FOX
Senior United States District Judge