IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 7:11-CR-105-F-1 |
| ) | |
| DAVID CRUMMY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Defendant David Crummy's motion requesting that the Court provide his appointed counsel on direct appeal copies of Docket Nos. 189, 193, 201 and 203, which are currently sealed. For good cause shown, the motion is GRANTED. The Clerk's office is hereby directed to provide to Seth Neyhart, Mr. Crummy's appointed counsel, copies of Docket Nos. 189, 193, 201, and 203, including all attachments and exhibits affixed thereto.

SO ORDERED. This the 21 day of August, 2013.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE